UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORETTA A. BROWN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                                               /

Case No. 15-10478

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [17]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]; AND DENYING PLAINTIFF'S MOTION TO REMAND PURSUANT TO SENTENCE FOUR [14]**

On January 6, 2015, Magistrate Judge Morris issued a Report and Recommendation [17] on the Plaintiff's Motion to Remand Pursuant to Sentence Four [14] and Defendant's Motion for Summary Judgment [15]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [17] Denying Plaintiff's Motion to Remand Pursuant to Sentence Four and Granting Defendant's Motion for Summary Judgment is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [15] be **GRANTED** and Plaintiff's Motion to Remand Pursuant to Sentence Four [14] be **DENIED**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: December 2, 2015 | Senior United States District Judge |